FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>           PLAINTIFF<br>v.<br><br>Flores<br><br>           DEFENDANT(S). | CASE NUMBER<br><br>CR 08-1104<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tuesday, 5/26/09__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __5/21/09__

_____ ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge